Kenneth N. Frucht, (SBN 178881)
Frederick J. Geonetta (SBN 114824)
GEONETTA & FRUCHT LLP
100 Montgomery Street, Suite 1600
San Francisco, CA  94104
Tel: (415) 392-4844
Fax: (415) 392-7973

Attorneys for Plaintiff
GLENN LEATHERBURY

Steven R. Blackburn, State Bar No. 154797
Matthew A. Goodin, State Bar No. 169674
Brooke A. Brown, State Bar No. 242815
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955
sblackburn@ebglaw.com
mgoodin@ebglaw.com
bbrown@ebglaw.com

Attorneys for Defendants,
C&H SUGAR COMPANY, INC. and
AMERICAN SUGAR REFINING, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GLEN LEATHERBURY an individual,<br><br>Plaintiff,<br><br>v.<br><br>C&H SUGAR COMPANY, INC., a Delaware Corporation, and DOES 1-100, inclusive,<br><br>Defendants. | **CASE NO.  CV 10-01969 VRW**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO AUGUST 26, 2010** |

The Initial Case Management Conference was scheduled to take place on August 12, 2010 at 3:30 p.m.  On August 11, 2010, the parties received an email from the Court indicating that the

1

1  time for the hearing was changed to 10:00 a.m. on August 12, 2010.  The Court also indicated that
2  that parties could stipulate to a continuance if the new time did not work.  The new hearing time
3  presents a conflict for Plaintiff's counsel.  Therefore, the parties, by and through their respective
4  counsel, hereby stipulate to a continuance of the Initial Case Management Conference to August
5  26, 2010 at 3:30 p.m., or as soon thereafter as may be heard by this Court.

Dated:  August 11, 2010          By:       /s/ *Kenneth Frucht*_____
                                           Kenneth Frucht
                                           GEONETTA & FRUCHT LLP

Dated:  August 11, 2010          By:       /s/ *Brooke Brown*_____
                                           Brooke Brown
                                           EPSTEIN BECKER & GREEN, P.C.

### [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the Initial Case Management Conference is continued from August 12, 2010 at 10:00 a.m. to August 26, 2010 at 3:30 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___August 11_____, 2010

_____
Hon. Vaughn R Walker
Chief Judge of the United States District Court

2

LEATHERBURY v. C&H SUGAR et al.
U.S. DISTRICT COURT CASE 10-10969
STIPULATION FOR CONTINUANCE OF CMC HEARING