IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID REY,<br><br>        Plaintiff,<br><br>  v.<br><br>C&H SUGAR COMPANY INC,<br><br>        Defendant.<br>_____/ | No. C 10-01970 SI<br>and C-10-1969 SI<br><br>**SECOND<br>PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 10, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 4, 2011.

DESIGNATION OF EXPERTS: 9/1/11; REBUTTAL: 1/20/12.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 24, 2012

RE: C-10-1970: DISPOSITIVE MOTIONS **SHALL** be filed by October 28, 2011;
    Opp. Due November 11, 2011;  Reply Due November 18, 2011;
    and set for hearing no later than December 2, 2011 at 9:00 AM.

RE: C-10-1960: DISPOSITIVE MOTIONS **SHALL** be filed by January 6, 2012;
    Opp. Due January 20, 2012;  Reply Due January 27, 2012;
    and set for hearing no later than February 12, 2012 at 9:00 AM.

RE: C-10-1970: PRETRIAL CONFERENCE DATE: March 20, 2012 at 3:30 PM.
RE: C-10-1969: PRETRIAL CONFERENCE DATE: May 8, 2012, at 3:30 P.M.

RE: C-10-1970: JURY TRIAL DATE: April 2, 2012 at 8:30 A.M.,
RE: C-10-1969: JURY TRIAL DATE: May 21, 2012 at 8:30 A.M.
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
All dates and deadlines apply to both cases except for the pretrial and trial dates.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/25/11

                                                                      _____
                                                                       SUSAN ILLSTON
                                                                       United States District Judge

United States District Court
For the Northern District of California