IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID REY,<br><br>        Plaintiff,<br><br>  v.<br><br>C&H SUGAR COMPANY INC,<br><br>        Defendant.<br>                                  / | No. C 10-01970 SI<br>**and C-10-1969 SI**<br><br>**SECOND<br>PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 18, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 18, 2012.

DESIGNATION OF EXPERTS: 2/16/12 ; REBUTTAL: 7/4/12.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 7, 2012.

RE: C-10-1970 : DISPOSITIVE MOTIONS **SHALL** be filed by March 16, 2012 ;
      Opp. Due March 30, 2012 ; Reply Due April 6, 2012 ;
           and set for hearing no later than April 20, 2012 at 9:00 AM.
**RE: C-10-1969 : DISPOSITIVE MOTIONS SHALL be filed by May 4, 2012 ;
      Opp. Due May 18, 2012 ; Reply Due May 25, 2012 ;
      and set for hearing no later than June 8, 2012 at 9:00 AM.**

RE: C-10-1970: PRETRIAL CONFERENCE DATE: September 4, 2012 at 3:30 PM.
**RE: C-10-1969: PRETRIAL CONFERENCE DATE: October 23, 2012 at 3:30 PM.**

RE: C-10-1970: JURY TRIAL DATE: September 17, 2012 at 8:30 AM.,
**RE: C-10-1969: JURY TRIAL DATE: November 5, 2012 at 8:30 AM.,
    Courtroom 10, 19th floor.**

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/30/11

                                            SUSAN ILLSTON
                                            United States District Judge