| | |
|---|---|
| 1 | Kenneth N. Frucht, Esq. |
|   | Frederick J. Geonetta, Esq. |
| 2 | GEONETTA & FRUCHT, LLP |
|   | 100 Montgomery Street, Suite 1600 |
| 3 | San Francisco, CA 94104 |
|   | Attorneys for Plaintiff |
| 4 | Telephone: (415) 433.4589 |
|   | Facsimile: (415) 392.7973 |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | GLEN LEATHERBURY |
| 7 | Steven R. Blackburn, State Bar No. 154797 |
|   | Matthew A. Goodin, State Bar No. 169674 |
| 8 | Lauren M. Cooper, State Bar No. 254580 |
|   | EPSTEIN BECKER & GREEN, P.C. |
| 9 | One California Street, 26th Floor |
|   | San Francisco, California 94111-5427 |
| 10 | Telephone: 415.398.3500 |
|    | Facsimile: 415.398.0955 |
| 11 | sblackburn@ebglaw.com |
|    | mgoodin@ebglaw.com |
| 12 | bbrown@ebglaw.com |
| 13 | Attorneys for Defendants, |
|    | C&H SUGAR COMPANY, INC. and |
| 14 | AMERICAN SUGAR REFINING, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GLEN LEATHERBURY, | CASE NO.  CV 10-01969 SI |
|     Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE PRE-TRIAL DATES** |
|     v. | |
| C&H SUGAR COMPANY, INC., a Delaware Corporation, AMERICAN SUGAR REFINING, INC., a Delaware Corporation, and DOES 1-100, inclusive, | |
|     Defendant. | |

The parties hereby stipulate and agree as follows:

WHEREAS; the parties took longer than expected to complete the electronically stored

---

6653779v1                                                         Stipulation and Proposed Order
                                                                  CV 10-01969 SI

1  information ("ESI") collection due to an error caused by Defendant's third-party vendor.

2  WHEREAS; the parties have agreed to mediate this matter and would like to do so
3  before incurring expense to prepare and oppose motions for summary judgment.

4  WHEREAS; Plaintiffs would like to complete the depositions of third-party witnesses
5  Francine Cronin and Kim Merritt prior to participating in mediation.

6  THE PARTIES HEREBY AGREE AND REQUEST a continuance of the pre-trial dates
7  as follows:

8  Dispositive motions:

9  - Filed by: October 5, 2012

10 - Opp. due by: October 19, 2012

11 - Reply due by: October 26, 2012

12 - Set for hearing no later than November 9, 2012 at 9:00 a.m.

13 Non-Expert Discovery cutoff:  October 8, 2012

14 Expert designation:  August 17, 2012

15 Rebuttal expert designation:  September 17, 2012

16 Expert discovery cutoff: October 8, 2012

17 Pretrial conference:  January 7, 2012 at 3:30 p.m.

18 Jury Trial:  January ~~21~~, 2012 at 8:30 a.m.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

- 2 -

| | |
|---|---|
| DATED:  June 11, 2012 | GEONETTA & FRUCHT, LLP |
| | By:  /s/ *Kenneth N. Frucht* <br> Kenneth N. Frucht, Esq. <br> Frederick J. Geonetta, Esq. <br> Attorneys for Plaintiffs <br> GLEN LEATHERBURY |
| DATED:  June 11, 2012 | EPSTEIN BECKER & GREEN, P.C. |
| | By:  /s/ *Lauren M. Cooper* <br> Steven R. Blackburn <br> Matthew A. Goodin <br> Lauren M. Cooper <br> Attorneys for Defendants, <br> C&H SUGAR COMPANY, INC. and <br> AMERICAN SUGAR REFINING, INC. |

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that the pre-trial dates are continued as follows:

Dispositive motions:

- Filed by: October 5, 2012
- Opp. due by: October 19, 2012
- Reply due by: October 26, 2012
- Set for hearing no later than November 9, 2012 at 9:00 a.m.

Non-Expert Discovery cutoff:  October 8, 2012

Expert designation:  August 17, 2012

Rebuttal expert designation:  September 17, 2012

Expert discovery cutoff: October 8, 2012

Pretrial conference:  ~~January 7,~~ Dec. 18, 2012 at 3:30 p.m.

Jury Trial:  January ~~21~~ 22, 2012 at 8:30 a.m.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**

Date:  6/12/12                                   /s/ Susan Illston
                                                          JUDGE OF THE DISTRICT COURT

- 3 -