IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLENN LEATHERBURY,

    Plaintiff,

v.

C&H SUGAR CO., INC.; AMERICAN SUGAR REFINING, INC.; and DOES 1-100,

    Defendants.

                                              /

No. CV 10-01969 SI

**JUDGMENT**

    Defendants' motion for summary judgment has been granted. Judgment is accordingly entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 29, 2012

                                                     SUSAN ILLSTON
                                                   United States District Judge