**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN LEATHERBURY, | No. CV 10-01969 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| C&H SUGAR CO., INC.; AMERICAN SUGAR REFINING, INC.; and DOES 1-100, | |
| Defendants. | |

Defendants' motion for summary judgment has been granted. Judgment is accordingly entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 29, 2012

SUSAN ILLSTON
United States District Judge